United States District Court
Southern District of Texas
**ENTERED**
September 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. M-20-1966-M-02 |
| § | |
| LUTHER REMON JONES § | |
| § | |

ORDER TO UNSEAL COMPLAINT,
AND WARRANT IN MAGISTRATE No. M-20-1996-M-01

The Court having considered the United States' motion for an order to unseal the Complaint and Warrant in Magistrate No. M-20-1996-M-01.

HEREBY ORDERS, that the warrant, application and affidavit, and return in Magistrate No. M-20-1996-M-01, filed on September 24, 2020, is hereby unsealed.

Signed on this 28th day of September, 2020, at McAllen, Texas.

Juan F. Alanis
U.S. MAGISTRATE JUDGE